FLORIDA UTILITIES COMPANY, a Corporation, Plaintiff in Error, v. PHOEBE S. WESTER, for Herself and for the Use and Benefit of the Concordia Fire Insurance Company and Camden Fire Insurance Association, and H. R. Wester, Her Husband, Defendants in Error.

1 So (2nd) 561

En Banc

Opinion Filed April 8, 1941

*John H. Carter & John H. Carter, Jr.,* and *James H. Finch,* for Plaintiff in Error;

*Fisher & Fisher* and *John C. Wynn,* for Defendants in Error.

PER CURIAM.—The records and the briefs have been examined and the testimony as to the value of the property destroyed is so indefinite and unsatisfactory, that a majority of the Court have reached the conclusion that the judgment should be reversed for a new trial on the issue of the amount of damages only, no other error being made to appear.

It is so ordered.

WHITFIELD, TERRELL, CHAPMAN and THOMAS, J. J., concur.

BROWN, C. J., BUFORD and ADAMS, J. J., think that no liability is shown and dissent.